# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SARAH GROSS, INDIVIDUALLY
AND ON BEHALF OF THE CLASS

VERSUS

STATE OF LOUISIANA THROUGH
THE LOUISIANA DEPARTMENT OF
REVENUE, AND KIMBERLY L.
ROBINSON, SECRETARY,
LOUISIANA DEPARTMENT OF
REVENUE

NO. 2019 CW 1536

**JULY 06, 2020**

---

In Re:   The State of Louisiana through the Louisiana
Department of Revenue and Kimberly Robinson, Secretary
of the Louisiana Department of Revenue, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 651320.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

MRT
WRC

   **McDonald, J.,** dissents.  Due to the passage of Acts 2017,
No. 413, § 1, plaintiff/respondent, Sarah Gross's, demand for
payment of her tax credit under the Louisiana Solar Energy
Systems Tax Credit is now moot, and she is not otherwise
entitled to receive consequential damages.  See **Ulrich v.
Robinson,** 2018-0534 (La. 3/26/19), 282 So.3d 180 & **Cat's Meow,
Inc. v. City of New Orleans Through Dept. of Finance,** 98-0601
(La. 10/20/98), 720 So.2d 1186.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT